UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Geneva Nuno, | Case No. 2:24-cv-01280-CDS-MDC |
| Plaintiff | **Order Dismissing and Closing Case** |
| v. | |
| LC Industries Inc., | |
| Defendant | |

This action was filed on July 16, 2024. On February 7, 2025, the court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) explaining that unless proof of service as to defendant LC Industries Inc. was filed by March 7, 2025, the court would enter an order of dismissal. ECF No. 7. The deadline has now passed, and no proof of service has been filed.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice. The Clerk of Court is directed to close this case.

Dated: March 11, 2025

_____
Cristina D. Silva
United States District Judge